UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERIC GREEN, | ) | |
| Petitioner, | ) | 3:07-cv-0362-RLH-WGC |
| vs. | ) | **ORDER** |
| BILL DONAT, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a second motion for an enlargement of time to file a response to the petition for writ of habeas corpus. (ECF No. 68). Respondents seek a 29-day enlargement of time, up to and including February 22, 2013, to file an answer or other response to the petition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' second motion (ECF No. 68) for an enlargement of time to file a response to the petition is **GRANTED**. The response to the petition shall be filed on or before **February 22, 2013.**

Dated this ___28th___ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE