UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERIC GREEN, | ) | |
| Petitioner, | ) | 3:07-cv-00362-RLH-WGC |
| vs. | ) | **ORDER** |
| BILL DONAT, *et al.*, | ) | |
| Respondents. | ) | |

On January 9, 2015, petitioner filed a document styled as a "Motion to Disregard DK #93 Notice of Appeal and Motion for Rule 60(b)." ECF No. 94. With this motion, petitioner explains that the notice of appeal and the Rule 60(b) motion he filed on December 24, 2014 (i.e., ECF Nos. 92 and 93), were prompted by his mistaken belief that the document docketed by the court clerk on February 24, 2014 (ECF No. 91), represented an adverse decision by the court, when, in fact, it is the petitioner's traverse.

The court shall construe petitioner's motion as a motion to strike and, good cause appearing, shall grant it.

\ \ \

1   **IT IS THEREFORE ORDERED** that petitioner's motion to strike docket nos. 92 and 93
2   (ECF No. 94) is GRANTED. The clerk shall STRIKE those docket entries from the record.
3   Dated this 4th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE